AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN  District of  CALIFORNIA

OLGA ZHMULIUKINA
Plaintiff(s),

V.

CITY OF SANTA CLARA, et al
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-CV-02668-WHO

Notice is hereby given that, subject to approval by the court, CITY OF SANTA CLARA (Party(s) Name) substitutes DALE L. ALLEN, JR. (Name of New Attorney), State Bar No. 145279 as counsel of record in place of JON A. HEABERLIN (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
Address: 180 Montgomery St., Suite 1200, San Francisco, CA 94104
Telephone: (415) 697-2000    Facsimile: (415) 813-2045
E-Mail (Optional): dallen@aghwlaw.com

I consent to the above substitution.
Date: 9/14/2023       Sujata Reuter for City of Santa Clara
                      (Signature of Party(s))

I consent to being substituted.
Date: 9/13/2023       /s/ Jon A. Heaberlin
                      (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9/6/2023        Dale L. Allen, Jr.
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 1, 2023     [signature]
                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]