**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff*,
**OLGA ZHMULIUKINA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLGA ZHMULIUKINA**, | ) **Case No.** 3:22-cv-02668-WHO |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE IN VIEW OF SETTLEMENT** |
| vs. | ) |
| **CITY OF SANTA CLARA, et al.**, | ) Hon. William H. Orrick, District Judge |
| Defendants. | ) |

Plaintiff and Defendants, by and through their undersigned, respective counsel of record, hereby stipulate and respectfully request as follows:

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that, pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure and the full and final settlement of the case, in view of receipt of the settlement proceeds by Plaintiff from Defendant City of Santa Clara, the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees. The parties further request that the Case Management Conference, currently set for August 13, 2024, at 2:00 p.m. (via Zoom), ECF No. 70, be dropped from calendar

as moot.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  August 5, 2024        **LAW OFFICE OF SANJAY S. SCHMIDT**
                              **-and-**
                              **LAW OFFICES OF PANOS LAGOS**


                              */s/ Sanjay S. Schmidt*
                              By: Sanjay S. Schmidt
                              Attorneys for Plaintiff,
                              OLGA ZHMULIUKINA

Dated: August 5, 2024         **ALLEN, GLAESSNER, HAZELWOOD &**
                              **WERTH, LLP**


                              */s/ Dale L. Allen, Jr.\**
                              By: Dale L. Allen, Jr.
                              Dana K. Oium
                              Attorneys for Defendants
                              CITY OF SANTA CLARA,
                              HARRY ADEJI, GREG DEGER,
                              and SAM MICELI

*Mr. Allen gave his consent to file this document via CM-ECF.

### [~~PROPOSED~~] ORDER

Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED. Furthermore, the Case Management Conference, currently set for August 13, 2024, at 2:00 p.m. (via Zoom), ECF No. 70, is hereby dropped from calendar as moot.

**IT IS SO ORDERED.**

Date:  August 5, 2024         _____
                              HON. WILLIAM H. ORRICK
                              United States District Court Judge

STIP. & [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE IN VIEW OF SETTLEMENT
*Zhmuliukina v. City of Santa Clara, et al.*
USDC (N.D. Cal.) Case No.: 3:22-cv-02668-WHO    2
675659.1